UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Walter A., <br><br> Petitioner, <br><br> v. <br><br> Peter B. Berg, Director of St. Paul Enforcement and Removal Operations, Immigration and Customs Enforcement; Kristi Noem, Secretary of the Department of Homeland Security; Warden, Port Isabel Detention Center; Todd Lyons, Acting Director, U.S. Immigration and Customs Enforcement; Immigration and Customs Enforcement; and Pamela Bondi, Attorney General of the United States, <br><br> Respondents. | No. 25-cv-4720 (SRN/LIB) <br><br><br> **ORDER** |

Stacey Rogers, SSR Law Group LLC, 600 25th Ave. S., Ste. 201, St. Cloud, MN 56301; Hannah Brown, 1907 E. Wayzata Blvd., Ste. 300, Wayzata, MN 55391, for Petitioner

Ana Voss and Trevor Brown, U.S. Attorney's Office, 300 S. 4th St., Minneapolis, MN 55415, for Respondents

SUSAN RICHARD NELSON, United States District Judge

Before the Court are Respondents' Motion to Dismiss or Transfer Venue [Doc. No. 9]; Respondents' Request to Extend the Briefing Deadline [Doc. No. 17]; and Petitioner's Motion to Amend [Doc. No. 19]. The Court previously scheduled a hearing to be held via videoconference on January 29, 2026 on Respondents' Motion to Dismiss or Transfer

1

Venue and any remaining requested relief in Petitioner's Motion for a Preliminary Injunction [Doc. No. 4].

In Petitioner's Motion to Amend, counsel represents that Respondents moved Petitioner, Walter A., from Texas back to Minnesota, where he was originally arrested, on December 26, 2026. Petitioner seeks to amend the Petition to remove the name of one of the Texas Respondents due, in part, to Petitioner's return to Minnesota. In his Motion, Petitioner states that the Proposed Amended Petition is "attached" and will be "filed separately." (Pet'r's Mot. to Am. at 1; 19.) However, Petitioner did not file a Proposed Amended Petition. Petitioner also docketed the Motion to Amend not as a "motion," but as an "Amended Petition."

Respondents did not file an answer to the original Petition on January 15, 2026, as required by the Court, (Dec. 22, 2025 Order [Doc. No. 15] at 10), but instead filed their Reply to the Motion to Dismiss or Transfer Venue on that date. In their Reply to the Motion to Dismiss or Transfer Venue, Respondents stated that as of January 15, 2026, "[T]he person who holds [Walter A.] in custody is undisputedly in Texas." (Resp'ts' Mot. to Dismiss or Transfer at 3.) At that time, however, Petitioner had apparently been in Minnesota for over two weeks. Also on January 15, Respondents filed their Request for an Extension, asking the Court to first rule on their Motion to Dismiss or Transfer before requiring them to file an answer to the Petition.

Because of the changed circumstances, and based on the submissions and entire file and proceedings herein, **IT IS HEREBY ORDERED** that

1. Petitioner shall file a copy of the Proposed Amended Petition no later than January 26, 2026, and correct the docket/refile the document to reflect that the current document filed as the "Amended Petition" [Doc. No. 19] is the Motion to Amend.

2. Respondents are directed to file a consolidated answer to the substantive issues raised in the Amended Petition/response to Petitioner's Motion to Amend no later than January 27, 2026, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

3. Respondents' answer should include:

   a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition; and

   b. A reasoned memorandum of law and fact explaining respondents' legal position on Petitioner's claims.

4. If Petitioner wishes to file a reply, he may do so no later than January 28, 2026.

5. The Court will take this matter under advisement on the papers.

6. Due to these changed circumstances, the hearing previously scheduled for January 29, 2026 at 9:30 a.m. is unnecessary. The Court will file a notice to cancel the hearing.

7. Respondents are ENJOINED from moving petitioner outside of Minnesota until further order of the Court, so that petitioner may consult with counsel while the

3

Court is considering the petition, and so that there is no risk that removal of petitioner from Minnesota will deprive this Court of jurisdiction over the petition. If petitioner has already been removed from Minnesota, respondents are ORDERED to immediately return petitioner to Minnesota.

8. Because Petitioner is no longer in Texas, Respondents' Motion to Dismiss or Transfer Venue [Doc. No. 9] is **DENIED AS MOOT**.

9. Respondents' Request to Extend Briefing Deadline [Doc. No. 17] is **DENIED AS MOOT**.

Dated: January 25, 2026　　　　　　　　　　　s/Susan Richard Nelson
　　　　　　　　　　　　　　　　　　　　　　SUSAN RICHARD NELSON
　　　　　　　　　　　　　　　　　　　　　　United States District Judge