UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Walter A., <br><br> Petitioner, <br><br> v. <br><br> Peter B. Berg, Director of St. Paul Enforcement and Removal Operations, Immigration and Customs Enforcement; Kristi Noem, Secretary of the Department of Homeland Security; Warden, Port Isabel Detention Center; Todd Lyons, Acting Director, U.S. Immigration and Customs Enforcement; Immigration and Customs Enforcement; and Pamela Bondi, Attorney General of the United States, <br><br> Respondents. | No. 25-cv-4720 (SRN/LIB) <br><br><br> **ORDER** |

Stacey Rogers, SSR Law Group LLC, 600 25th Ave. S., Ste. 201, St. Cloud, MN 56301; Hannah Brown, 1907 E. Wayzata Blvd., Ste. 300, Wayzata, MN 55391, for Petitioner

Trevor Brown, U.S. Attorney's Office, 300 S. 4th St., Minneapolis, MN 55415, for Respondents

SUSAN RICHARD NELSON, United States District Judge

Pending before the Court is the Motion to Amend the Petition for Writ of Habeas Corpus [Doc. No. 22] filed by Walter A.

Respondents oppose the motion on several grounds, including that Petitioner was detained in Texas on the date the Petition [Doc. No. 1] was filed, and therefore, he filed it

1

in the wrong judicial district. (Resp'ts' Opp'n [Doc. No. 25] at 1–12.) However, because Petitioner was subsequently transferred back to Minnesota, Respondents concede that Petitioner could simply file a new habeas petition to rectify the problem, rather than seek to amend the existing Petition. (*Id*. at 12.)

On February 12, 2026, Petitioner filed a new habeas petition, *Walter A. v. Easterwood*, No. 26-cv-1393 (SRN/LIB).[1]

Because the new habeas petition in 26-cv-1393 asserts claims similar to the Petition in the instant case and in the pending Amended Petition, **IT IS HEREBY ORDERED THAT**:

1. Petitioner's Motion to Amend [Doc. No. 22] is **DENIED AS MOOT**; and

2. The Petition for Writ of Habeas Corpus [Doc. No. 1] is **DENIED WITHOUT PREJUDICE**.

Dated: February 13, 2026

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge

---

[1] While the new habeas proceeding, 26-cv-1393, was initially assigned to Judge Jerry Blackwell and Magistrate Judge Elizabeth Cowan Wright, the matter was reassigned to the undersigned judge as related to the instant case.